UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>HUI LIAN KE, a/k/a LILY KO,<br><br>Plaintiff. | Case No. 17-cv-04226-EMC<br>Case No. 17-cv-04229-EMC<br>Case No. 17-cv-04564-EMC<br>Case No. 17-cv-04787-EMC<br>Case No. 17-cv-04778-EMC<br>Case No. 17-cv-04825-EMC<br>Case No. 17-cv-04883-EMC<br>Case No. 17-cv-04884-EMC<br>Case No. 17-cv-04885-EMC<br>Case No. 17-cv-04911-EMC<br>Case No. 17-cv-04912-EMC<br>Case No. 17-cv-04913-EMC<br>Case No. 17-cv-04914-EMC<br>Case No. 17-cv-04951-EMC<br>Case No. 17-cv-04954-EMC<br>Case No. 17-cv-05113-EMC<br>Case No. 17-cv-05280-EMC<br>Case No. 17-cv-05666-EMC<br>Case No. 17-cv-05973-EMC<br><br>**ORDER GRANTING *IN FORMA PAUPERIS* APPLICATIONS** |

Plaintiff filed these actions while she was incarcerated at the Santa Clara County Jail and applied to proceed *in forma pauperis*. Although she did not file a completed copy of the Court's *in forma pauperis* application form (with certificate of funds) in each action, the Court understands her to request to proceed *in forma pauperis* in each action and considers the complete application filed at Docket No. 3 in Case No. 17-cv-4884 EMC to apply in every one of these actions. Plaintiff's *in forma* pauperis applications are **GRANTED**.[1] Docket Nos. 6 and 10 in

---

[1] Some of Plaintiff's filings marked as *in forma pauperis* applications also request some other relief. For example, Docket No. 3 in Case No. 17-cv-4564 EMC, is marked as an *in forma pauperis* "affidavit & order" that states that it prohibits the district judge from acting as a tribunal and gives Plaintiff the exclusive right to close the action. In granting Plaintiff's *in forma pauperis* applications, the Court means only that Plaintiff may proceed as a pauper with the payment schedule set out in 28 U.S.C. § 1915(b) and explained on the attached instructions. Any other

1  Case No. 17-cv-4226 EMC; Docket Nos. 7 and 9 in Case No. 17-cv-4229 EMC; Docket No. 3 in
2  Case No. 17-cv-4884 EMC; Docket No. 3 in Case No. 17-cv-4885 EMC; Docket No. 3 in Case
3  No. 17-cv-4911 EMC; Docket Nos. 2 and 5 in Case No. 17-cv-4912 EMC; Docket Nos. 2, 5, and
4  6 in Case No. 17-cv-4913 EMC; Docket No. 4 in Case No. 17-cv-4914; Docket No. 4 in Case No.
5  17-cv-4951 EMC; Docket No. 3 in Case No. 17-cv-4954 EMC; Docket Nos. 2, 4 and 5 in Case
6  No. 17-cv-5113 EMC; Docket No. 2 in Case No. 17-cv-5280 EMC; Docket No. 3 in Case No. 17-
7  cv-5666 EMC; and Docket No. 2 in Case No. 17-cv-5973 EMC.

When a prisoner files multiple actions, she owes a filing fee in each action. Thus, the total filing fee due is $350.00 in each of the listed actions. The initial partial filing fee due for Plaintiff in each action at this time is **$8.36**. *See Bruce v. Samuels*, 136 S. Ct. 627, 628 (2016) (when a prisoner owes monthly installment payments in multiple *in forma pauperis* actions, 28 U.S.C. § 1915(b)(2) calls for simultaneous, rather than sequential, recoupment of those payments).

The Clerk shall send a copy of this order and the attached instructions to Plaintiff, the Jail Trust Account Office, and the Court's Financial Office.

**IT IS SO ORDERED**.

Dated: December 7, 2017

_____
EDWARD M. CHEN
United States District Judge

---

form of relief requested in the *in forma pauperis* applications is denied.

2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action *in forma pauperis* in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* and these instructions.

The prisoner's name and case number must be noted on each remittance. The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc: Plaintiff
Finance Office